Submitted on petition to recall mandate April 3, mandate recalled
April 10, motion to retax costs denied April 24, 1928.

In Re WATER RIGHTS OF OWYHEE RIVER.

WILLIAM F. STINE et al. *v.* J. B. McCAIN et al.

(265 Pac. 1116.)

Appeal and Error, 4 C. J., p. 1245, n. 90.

From Malheur: C. H. McColloch, Judge.

In Banc.

MANDATE RECALLED. MOTION TO RETAX COSTS
DENIED.

For petitioner, *Mr. Wm. E. Lees.*

PER CURIAM.—This matter comes on to be heard
on a motion of the above-named respondents to have
the mandate recalled for the purpose of retaxing
the costs.

The mandate directs costs taxed in favor of L. R.
Duncan who is one of the appellants. There were
three contests involved in this appeal, designated Nos.
1, 2 and 5, respectively. L. R. Duncan, as one of the
appellants, prevailed and is entitled to recover his
disbursements from the respondent as to him, to wit:
Juan Yturriondabetia. Respondents above named
prevailed as to appellants in contest No. 1, to wit:
William F. Stine, William Weidermann and Carlton
Fretwell. The mandate is correct in so far as it
allows costs to appellant L. R. Duncan, but should
have confined his judgment for costs against the said
Juan Yturriondabetia. The above-named respondents
McCain et al. are entitled to have their proper costs
and disbursements taxed against the appellants Will-

iam F. Stine, William Weidermann and Carlton Fretwell.

The defect in the mandate is the result of improper attention on the part of the attorneys. In complicated litigation such as adjudication of water rights, where a number of independent contests are waged under the same general title and at the same time, attorneys should carefully mention the names of the parties who are entitled to costs and the names of the parties against whom said costs should be taxed. It is expecting too much of the clerk of this court to have him examine such complicated and voluminous records to determine such matters.

The mandate will be recalled and corrected accordingly.

MANDATE RECALLED AND CORRECTED. MOTION TO RETAX COSTS DENIED.